[Nos. 4545–5–III; 4340–1–III.   Division Three.   June 24, 1982.]

EARL J. MCDANIEL, *Appellant,* v. JAMES C.
SPALDING, ET AL, *Respondents.*

*In the Matter of the Personal Restraint of*
EARL J. MCDANIEL, *Petitioner.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 74388, Yancey Reser, J., entered April
17, 1981. `Affirmed` by unpublished opinion per Green, J.,
concurred in by Roe, A.C.J., and Munson, J.


[No. 5166–4–II.   Division Two.   June 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE
JAMES HUTCHINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 80–1–00251–1, John N. Skimas, J., entered
October 17, 1980. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Petrich and Worswick, JJ.


[Nos. 4198–7–II; 4720–9–II.   Division Two.   June 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
CLIFFORD NORTHUP, *Appellant.*

*In the Matter of the Personal Restraint of*
JOSEPH CLIFFORD NORTHUP, *Petitioner.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. CR–296, John H. Kirkwood, J.,
entered July 17, 1979. *Remanded* by unpublished opinion
per Petrie, J., concurred in by Petrich, A.C.J., and Wors-
wick, J.